JS-6

**ANTOINE D. WILLIAMS** (CA SBN: 255716)
**BART A. SEEMEN** (CA SBN: 261895)
5900 SEPULVEDA BLVD. SUITE #432
SHERMAN OAKS, CALIFORNIA 91411
Phone: (818) 898-3300 | Fax: (818)574-3006

Attorneys for Plaintiff, STEVEN WALPERT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STEVEN WALPERT, an individual, Plaintiff, vs. CITY OF LOS ANGELES, a public entity and DOES 1-10, individually and in their official capacity as Los Angeles Police Officers, inclusive Defendants. | CASE NO. 2:21-CV-01259-FMO-JC [Assigned to Judge Fernando M. Olguin. Courtroom 6D] **ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |
|---|---|

IT IS HEREBY ORDERED for the reasons set forth in the parties' stipulation, that pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(A)(ii) based on the party's agreement and stipulation that this matter be dismissed without prejudice.

Dated: October 19, 2021

/s/
_____
Fernando M. Olguin
UNITED STATES DISTRICT JUDGE

1
ORDER FOR DISMISSAL WITHOUT PREJUDICE